IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                CIVIL ACTION NO.   3:22-CV-237-MPM-RP
                                                       JURY TRIAL DEMANDED

SHARVAE WILLIAMS                                            DEFENDANT

### CONSENT JUDGMENT

       This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Defendant Sharvae Williams. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Defendant Sharvae Williams on the basis of violations of the False Claims Act, U.S.C. §3729-373 and the Financial Institutions Reform, Recovery and Enforcement Act ("FIRREA"), partially codified at 12 U.S.C. § 1833a, in the sum of $23,333.00, which specifically includes $20,833.00 for the Paycheck Protection Program loan; $2,500.00 for the bank processing fees; and $402.00 for the court filing fee. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Defendant Sharvae Williams agrees that the sum owed, $23,333.00, plus interest, is due and payable in full immediately. Defendant also agrees to pay a separate $402.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2).

       Provided, however, execution shall not issue upon this judgment as long as Defendant Sharvae Williams pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each

and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to Defendant Sharvae Williams will be credited to her outstanding debt.

        IT IS SO ORDERED this the 1st day of Feby 2023.

                                            UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
      JOHN E. GOUGH, JR. (MSB #10351)
      Assistant United States Attorney
      900 Jefferson Avenue
      Oxford, Mississippi 38655-3608
      Ph: (662) 234-3351
      Fax: (662) 234-3318
      Email: john.gough@usdoj.gov
      *Attorney for Plaintiff United States of America*

AGREED TO:

_____
SHARVAE WILLIAMS, *Defendant*